IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  06-cv-01769-LTB

CAKE TOP PUBLISHING, INC., a Colorado corporation,

        Plaintiff,

v.

DECOPAC, INC., a Minnesota corporation,

        Defendant.

_____

ORDER OF DISMISSAL
_____


        THIS MATTER having come before the Court on the Plaintiff's Amended Notice of

Voluntary Dismissal Pursuant to FRCP 41(a) With Prejudice (Doc 17 - filed April 27, 2007),

and the Court being fully advised in the premises, it is therefore

        ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

                                BY THE COURT:


                                  s/Lewis T. Babcock
                                Lewis T. Babcock, Chief Judge

DATED: April 30, 2007